NO. 07-11-0049-CV

 

IN THE COURT OF APPEALS

 

FOR THE SEVENTH DISTRICT OF TEXAS

 

AT AMARILLO

 

PANEL A

 

MARCH 31, 2011

______________________________

 

 

IN THE INTEREST OF P.M., A.M., AND K.M., CHILDREN

 

_________________________________

 

FROM THE 108TH DISTRICT COURT OF POTTER
COUNTY;

 

NO. 77,390-E; HONORABLE DOUGLAS WOODBURN, JUDGE

 

_______________________________

 

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

MEMORANDUM OPINION

            Appellant, W.M.,
perfected this appeal from the trial court's order terminating his parental
rights to his children, P.M., A.M., and K.M.[1]  Pending before this Court is W.M.'s Motion to Dismiss Appeal, in which he
represents that he no longer wishes to pursue this appeal.          Without
passing on the merits of the case, the motion is granted and the appeal is
dismissed.  Tex. R. App. P. 42.1(a)(1).  Having
dismissed the appeal 




 

at W.M.=s request,
no motion for rehearing will be entertained and our mandate will issue
forthwith.   

 

                                                                                    Patrick
A. Pirtle

                                                                                          Justice

 

 

 

                                       











[1]To protect the privacy of the parties in this case,
we identify them by their initials.  See
Tex. Fam. Code Ann. ' 109.002(d) (West 2008); Tex. R. App. P. 9.8(b)(1).